IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:24-cr-9 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| DEDRICK MONTEZ JONES, | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(C) |
| Defendant. | ) | T. 21 U.S.C. § 851 |
| | ) | T. 21 U.S.C. § 853 |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Possession with Intent to Distribute a Controlled Substance)**

On or about December 8, 2023, in the Southern District of Iowa, the defendant, DEDRICK MONTEZ JONES, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: cocaine, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FINDS:**

## PRIOR CONVICTION

Prior to the commission of the offense charged in Count 1 of this Indictment, the defendant, DEDRICK MONTEZ JONES, was convicted of the offense of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, in the United States District Court for the District of Nebraska, in case number 8:05-cr-444-002, a felony drug offense.

This is pursuant to Title 21, United States Code, Section 851.

**THE GRAND JURY FURTHER FINDS:**

**PRIOR CONVICTION**

Prior to the commission of the offense charged in Count 1 of this Indictment, the defendant, DEDRICK MONTEZ JONES, was convicted of the offense of Possession of Cocaine with Intent to Distribute, in the United States District Court for the Central District of Illinois, in case number 15-cr-40075-001, a felony drug offense.

This is pursuant to Title 21, United States Code, Section 851.

**THE GRAND JURY FURTHER FINDS:**

**NOTICE OF FORFEITURE**

That upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, DEDRICK MONTEZ JONES, shall forfeit, to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: $1350 United States currency.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Will R. Ripley
Assistant United States Attorney