IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:24-cr-9 |
| | ) | |
| v. | ) | APPEARANCE |
| | ) | |
| DEDRICK MONTEZ JONES, | ) | |
| | ) | |
| Defendant(s). | ) | |

COMES NOW, Assistant United States Attorney, Brecklyn P. Carey, and

hereby enters her appearance as counsel for the United States of America in the

above-entitled case.

Respectfully submitted,

Richard D. Westphal
United States Attorney


By:  /s/ *Brecklyn P. Carey*
Brecklyn P. Carey
Assistant United States Attorney
U.S. Courthouse, Suite 310
131 East Fourth Street
Davenport, Iowa 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email:  brecklyn.carey@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:
____U.S. Mail _____ Fax _____Hand Delivery __X__ECF/Electronic filing    ____Other means

UNITED STATES ATTORNEY

By:  /s/Alexandria Ogden
     Alexandria M. Ogden, Legal Assistant